UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY DENSON,<br><br>       Plaintiff,<br><br>vs.<br><br>LA SOLAR GROUP, INC.,<br><br>       Defendant. | Case No.:  2:23-CV-07074-KK-RAO<br><br>ORDER ON STIPULATED REQUEST TO APPROVE FLSA & PAGA SETTLEMENT AND DISMISS WITH PREJUDICE |

The Court, having reviewed the Parties' stipulated request to approve the FLSA and PAGA settlement in this matter and dismiss the matter with prejudice finds good cause and therefore GRANTS the stipulated request. According, the Court ORDERS:

1. The parties' settlement of U.S. Fair Labor Standards Act and California Labor Code Private Attorney General Act claims in this matter is approved based on the representations of counsel.
2. This matter is ordered DISMISSED WITH PREJUDICE provided that the PAGA dismissal is with respect to only to the claim of the settling Plaintiff.

IT IS SO ORDERED.

Dated: September 25, 2024   Signed: _____
Hon. Kenly Kiya Kato
U.S. DISTRICT COURT JUDGE